IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC SUTTON,

      Petitioner,

-vs-

ZACH ROECKEMAN,

      Respondent.               No. 11-cv-908-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 18, 2012, the Report and Recommendation is adopted and this habeas petition pursuant to 28 U.S.C. §2241 is DENIED. Petitioner's claims are DISMISSED with prejudice.

                         NANCY J. ROSENSTENGEL,
                         CLERK OF COURT


                         BY: *s/Sara Jennings*
                              **Deputy Clerk**

Dated: December 19, 2012

Digitally signed by David R. Herndon
Date: 2012.12.19 13:50:26 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT